08 CV 02215 OFFICE COPY

BLANK ROME, LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| HORUS SHIPPING AND TRANSPORT S.A.E., <br><br> Plaintiff, <br><br> v. <br><br> EGYPT CEMENT TRADING AND EXPORT, <br><br> Defendant. | 08 Civ. <br><br> **F.R. CIV. P. RULE 7.1 STATEMENT** |

Pursuant to F. R. Civ. P. Rule 7.1 and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of that party, securities or other interests in which are publicly held.

Dated: New York, NY
       March 5, 2008

                                  Respectfully submitted,
                                  BLANK ROME, LLP
                                  Attorneys for Plaintiff

                                  By _____
                                  Jeremy J.O. Harwood (JH 9012)
                                  405 Lexington Avenue
                                  New York, NY 10174
                                  Tel.: (212) 885-5000

294478.1
129156.00601/6621606v.1