Swain

BLANK ROME LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HORUS SHIPPING AND TRANSPORT S.A.E., <br><br> Plaintiff, <br><br> v. <br><br> EGYPT CEMENT TRADING AND EXPORT, <br><br> Defendant. | 08 CV 2215 (LTS) <br><br> **NOTICE OF DISMISSAL PURSUANT TO F. R. CIV. P. RULE 41(a)(1)** |

WHEREAS Plaintiff, HORUS SHIPPING AND TRANSPORT S.A.E., filed the captioned Complaint and Defendant, EGYPT CEMENT TRADING AND EXPORT, has not filed an appearance or answered or moved.

NOW, Plaintiff hereby consents to dismiss the action pursuant to F. R. Civ. P. Rule 41(a)(1) without prejudice and without costs and release all sums attached, if any, at garnishee banks.

Dated: New York, New York
       May 20, 2008

Respectfully submitted

By: _____
    Jeremy J.O. Harwood
    BLANK ROME LLP
    405 Lexington Avenue
    New York, NY 10174
    *Attorneys for Plaintiff*

129156.00601/6639785v.1

Dated: New York, New York
       May 22, 2008

                                    SO ORDERED

                                    /s/
                                    U.S.D.J.